IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-367-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MYRON PELECH,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | ORDER |

This matter is before the court upon review of the government's trial brief and motions in limine (DE 53) filed in anticipation of defendant's jury trial set to commence October 28, 2026. The government proposes introduction at trial of items including:

1. Physical copies of purported child pornography/child sexual abuse material ("CSAM"), restricting access to CSAM to the parties, counsel, court, and the jurors, and using redacted versions of CSAM for later reference;

2. Evidence purportedly extracted from defendant's seized devices as self-authenticating under Federal Rule of Evidence 902(14) with certification from digital forensic examiners responsible for those extractions;

3. Illustrative aid to demonstrate the steps required to save a screenshot of an entire webpage on an Apple iPhone;

4, Summary charts under Rule 1006 to summarize evidence purportedly found on defendant's devices and other evidence purportedly relevant to defendant's knowing possession of CSAM; and

5. Recorded statements made by defendant under Rule 801(d)(2)(A) as statements of a party opponent.

Under the operative trial scheduling order, defendant's deadline to file response, if any, is October 20, 2026. (DE 50). According to the government, defendant has or will receive these items for review. In consideration of issues raised in the government's recent filing and in aid to trial planning generally, pretrial conference pursuant to Rule 17.1, F. R. Crim. Pro., has been noticed for October 26, 2026. The government is DIRECTED to provide the planned exhibits, certifications, and illustrative aids referenced above, if not already done, to defense counsel by October 16, 2026.

Should defendant oppose introduction of any, which opposition to this or any aspect of the government's recent filing shall be noticed in pending response, the government is DIRECTED to make the planned exhibit, certification, and/or illustrative aid at issue, and any underlying documentation supporting admission or use of the same, available to the court for its review at conference.

SO ORDERED, this the 14th day of October, 2026.

LOUISE W. FLANAGAN
United States District Judge