FILED IN OPEN COURT
ON 10/28/2026 by JMZ
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:23-CR-367-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MYRON PELECH | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to Special Agent, Anthony Patrick, FBI.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on October 28, 2026, be transferred to Special Agent, Anthony Patrick, FBI, to be retained in her custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description of the Evidence: |
| --- | --- |
| MP-P1 | CSAM PDF (printed version only) |
| 1 | Apple iPhone |
| 2 | Samsung Tablet |

SO ORDERED this the 28th day of October, 2026.

Louise W. Flanagan
United States District Judge

SO ACKNOWLEDGED:

Special Agent, Anthony Patrick, FBI

Karen Haughton / Ashley Foxx, Assistant U.S. Attorney