IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CR-367-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MYRON PELECH<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER |

In order that trial activities may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals totals $243.26. The clerk is DIRECTED to pay $243.26 to The Chelsea.

SO ORDERED, this the 29th day of October, 2026.

LOUISE W. FLANAGAN
United States District Judge